An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN ALEXANDER LARKINS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62952

**FILED**

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of battery on an officer. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Appellant has filed a notice of voluntary withdrawal of this appeal in which he states that he has been informed of the legal effects and consequences of voluntarily withdrawing this appeal and, having been so informed, he requests a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12490

cc: Hon. Valerie Adair, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Justin Alexander Larkins

SUPREME COURT
OF
NEVADA

(O) 1947A